CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Roberto Torres**<br>YOB: 1972; Citizen of Honduras | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**22-00419MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 1, 2022, at or near Nogales, in the District of Arizona, **Jose Roberto Torres**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, Louisiana on April 8, 2022, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jose Roberto Torres** is a citizen of Honduras. On April 8, 2022, **Jose Roberto Torres** was lawfully denied admission, excluded, deported and removed from the United States through Alexandria, Louisiana. On August 1, 2022, agents found **Jose Roberto Torres** in the United States at or near Nogales, Arizona, without the proper immigration documents. **Jose Roberto Torres** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CJC3/AJC<br>AUTHORIZED AUSA /s/Christopher Curran *J.A.C. for*<br><br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 3, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54